IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| FUEL CLOTHING COMPANY, INC. | ) | Case No.: 3:11-cv-02704-JFA |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S ANSWERS TO RULE** |
| | ) | **26.01 INTERROGATORIES** |
| vs. | ) | |
| | ) | |
| REEBOK INTERNATIONAL LTD. | ) | |
| and FA-FABRY INDUSTRIES, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Local Rule 26.01, Plaintiff , hereby answers the following Interrogatories:

    A.    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **ANSWER**: **None.**

    B.    As to each claim, state whether it should be tried jury or non-jury and why.

    **ANSWER**: **The case may be tried by a jury under federal trademark and common law trademark laws.**

    C.    State whether the party submitting these responses is a publicly owned company and separately identify:

        1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate;

        2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and

564374v1

      3)    each publicly owned company in which the party owns ten percent or more of the outstanding shares.

      **ANSWER**: **Not applicable.**

D.    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  See Local Civil Rule 3.01.

      **ANSWER**: **Plaintiff and Defendants do business in the division.**

E.    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:

      1)    a short caption and the full case number of the related action;

      2)    an explanation of how the matters are related; and

      3)    a statement of the status of the related action.

Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

      **ANSWER**: **No.**

F.    [Defendants only.]  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

      **ANSWER**: **Not Applicable.**

G. [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER**: **Not Applicable.**

Respectfully Submitted,

SCHMIDT & COPELAND LLC

s/ John E. Schmidt, III
John Schmidt
Federal ID No. 3750
Melissa J. Copeland
Federal ID No. 6241
Post Office Box 11547
Columbia, SC 29211
Telephone: (803) 748-1342
Facsimile: (803)748-1210
Email: Missy.Copeland@TheSCLawfirm.com

Attorneys for Plaintiff

Columbia, South Carolina
October 6, 2011

3